**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JAMES H. FISCHER,

        Plaintiff,

– against –

STEPHEN T. FORREST,

        Defendant.
-----------------------------------------------------------x

Docket No. 14 CV 1304
(Engelmayer, J.)

**STIPULATION SETTING
BRIEFING SCHEDULE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/2014

    IT IS STIPULATED, by and between the attorneys for the Defendant Stephen T. Forrest and the Plaintiff *pro se*, James H. Fischer, as follows:

1. The deadline for Plaintiff to ~~file and~~ **DKL** oppose Defendant's motion to dismiss, or alternatively, to file and serve an amended complaint pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure ("FRCP"), is hereby extended through and including May 26, 2014.

2. The deadline for Defendant to file and serve a reply to Plaintiff's opposition, if any, to the motion to dismiss is hereby extended through and including June 9, 2014. If Plaintiff serves an amended complaint, Defendant shall answer or move to dismiss within 21 days of service, in accordance with Rule 12(a)(1)(A)(i) of the FRCP.

3. Courtesy copies of all motion papers shall be provided to the Court in accordance with Rule 3(E) of Judge Engelmayer's Individual Motion Practice Rules.

4. This Stipulation may be executed in counterparts, and facsimile or scanned signatures shall be deemed original signatures.

Dated: April 16, 2014

JAMES H. FISCHER, *Plaintiff pro se*

By: _____
    James H. Fischer
P.O. Box 287048
New York, NY 10128
(917) 628-4052

LAW OFFICES OF CAHN & CAHN, P.C.

By: _____
    Daniel K. Cahn, Esq. (DC9791)
22 High Street, Suite #3
Huntington, NY 11743
(631) 752-1600

Granted.

SO ORDERED:

4/17/14

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE