Case 1:14-cv-01304-PAE Document 26-1 Filed 06/13/14 Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x   Docket No. 14 CV 1304 (PAE)

JAMES H. FISCHER,

        Plaintiff,

  – against –

STEPHEN T. FORREST and
SANDRA F. FORREST,

        Defendants.
-----------------------------------------------------------x

**STIPULATION EXTENDING
DEFENDANT'S DEADLINE
TO RESPOND TO PLAINTIFF'S
AMENDED COMPLAINT**

IT IS STIPULATED, by and between the attorneys for the Defendant Stephen T. Forrest and the Plaintiff *pro se*, James H. Fischer, as follows:

1. The deadline for Defendant to respond to the Plaintiff's Amended Complaint filed on ECF on May 27, 2014, presently June 17, 2014, is hereby extended through and including July 1, 2014.

2. This Stipulation may be executed in counterparts, and facsimile or scanned or typewritten signatures shall be deemed original signatures.

Dated: June 12, 2014

| | |
|---|---|
| JAMES H. FISCHER, *Plaintiff pro se* | LAW OFFICES OF CAHN & CAHN, P.C. |
| By: /s/ James H. Fischer | By: /s/ Daniel K. Cahn |
| James H. Fischer | Daniel K. Cahn, Esq. (DC9791) |
| P.O. Box 287048 | 22 High Street, Suite #3 |
| New York, NY 10128 | Huntington, NY 11743 |
| (917) 628-4052 | (631) 752-1600 |

Granted. 6/13/14

SO ORDERED:

*Paul A. Engelmayer*
_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE