UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JAMES H. FISCHER,

        Plaintiff,

  – against –

STEPHEN T. FORREST,

        Defendant.
------------------------------------------------------------x
JAMES H. FISCHER,

        Plaintiff,

  – against –

STEPHEN T. FORREST and SANDRA F. FORREST,

        Defendants.
------------------------------------------------------------x

Docket No. 14 CV 1307
(PAE)

Docket No. 14 CV 1304
(PAE)

## NOTICE OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)

**PLEASE TAKE NOTICE,** that upon the pleadings and proceedings heretofore had herein; upon the Affirmation of Daniel K. Cahn dated July 9, 2014, and the accompanying Memorandum of Law, a motion will be made before Hon. Paul Engelmayer, at a date and time to be determined by the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint in Docket No. 14cv1307 filed on February 27, 2014, and the Amended Complaint in Docket No. 14cv1304 filed on May 27, 2014, and each and every cause of action contained therein, and for such other, further, and/or different relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Civil Rule 6.1(b), you are required to serve your opposition papers, if any, within fourteen (14) days after service of the moving papers upon you.

Dated:   July 9, 2014
         Huntington, New York

                                    LAW OFFICES OF CAHN & CAHN, P.C.
                                    *Attorneys for Defendant*

                              By:   */s/ Daniel K. Cahn*
                                    Daniel K. Cahn, Esq. (DC9791)
                              Office and P.O. Address
                              22 High Street, Suite #3
                              Huntington, NY 11743
                              (631) 752-1600