UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x   Docket No. 14 CV 1307
JAMES H. FISCHER,                                                (PAE)

        Plaintiff,

  – against –

STEPHEN T. FORREST,

        Defendant.
------------------------------------------------------------x   Docket No. 14 CV 1304
JAMES H. FISCHER,                                                (PAE)

        Plaintiff,

  -- against --

STEPHEN T. FORREST and SANDRA F.
FORREST,

        Defendants.
------------------------------------------------------------x

## AFFIRMATION IN SUPPORT OF MOTION TO DISMISS

      DANIEL K. CAHN, an attorney at law being duly admitted to practice before the Courts of the State of New York, affirms the following under penalties of perjury:

      1.    I am a member of the firm of Law Offices of Cahn & Cahn, P.C., attorneys for the Defendants, Stephen T. Forrest, in this action. I respectfully submit this brief affirmation in support of the Defendant(s)' motion to dismiss pursuant to Rule 12(b)(6).

      2.    This motion is based solely on the four corners of each of the two pleadings, and does not rely on any matters outside of said pleadings. The Complaint in 14cv1307 is viewable as Document No. 2 on the Court's docket for 14cv1307, and the Amended Complaint in 14cv1304 appears as Document No. 23 on the Court's docket for 14cv1304.

3.  Pursuant to Local Civil Rule 7.2, I have mailed or emailed (the latter with Plaintiff's consent) to the *pro se* Plaintiff hard copies of all of the authorities relied on which may not be available to the general public or which may be exclusively listed on computerized databases.

4.  Based upon the arguments contained in the accompanying Memorandum of Law in Support of Motion to Dismiss, it is respectfully submitted that the Court should dismiss the Complaint in 14cv1307 and each and every cause of action contained therein, and the Amended Complaint in 14cv1304, on the ground that the Plaintiff has failed to sufficiently plead the elements of each and every one of his claims.

Dated:   July 9, 2014
         Huntington, New York

                                        /s/ Daniel K. Cahn
                                        DANIEL K. CAHN (DC9791)