UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JAMES H. FISCHER                     ) Case 14cv1304(PAE)
                                     ) Case 14cv1307(PAE)
         Plaintiff                   )
                                     )
    v.                               )
                                     )
STEPHEN T. FORREST, JR and           )
SANDRA F. FORREST                    )
                                     )
         Defendants                  )
-------------------------------------------------------------x

PLAINTIFF'S MOTION
TO FILE SUR-REPLY

Plaintiff, James Fischer, respectfully requests permission to file a sur-reply in further opposition to Defendants' motions to dismiss. The Defense has raised multiple new arguments in their reply of 10/06/2014, which, if left unanswered, would leave these newly-raised issues briefed only by the Defense.

At first glance, the Defense reply includes at least the following completely new arguments:

1) A claim that the Plaintiff must "pierce the corporate veil" for the strict liability torts at issue
2) That the "URL Was Not Used For Same Goods"
3) That a trademark infringed in a website URL is somehow not trademark infringement at all
4) That Defendants are now suddenly not the sole shareholders, despite being the sole shareholders of record at the time of filing of this action.
5) A mis-quoting of 17 USC 411(a), deliberately excluding mention of §106A(a)

Plaintiff lacks the research facilities available to the Defense, a date of no later than 10/16/14 is requested for his sur-reply, as each Defense citation and claim must be read, understood, and refuted.

James Fischer
Plaintiff Pro se
PO Box 287048
New York, NY 10128
917-628-4052

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 10/7/14



RECEIVED
OCT - 7 2014
PRO SE OFFICE