UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

JAMES H. FISCHER,

                             Plaintiff,

-v-

STEPHEN T. FORREST, SANDRA F. FORREST,

                             Defendants.

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2014

14 Civ. 1304 (PAE)
14 Civ. 1307 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On October 8, 2014, plaintiff moved for leave to file a sur-reply to defendants' motion to dismiss and attached his proposed sur-reply. Dkt. 38, 39. On October 15, 2014, this Court agreed to consider plaintiff's sur-reply to the extent it is consistent with plaintiff's prior submissions. Dkt. 42. On October 21, 2014, plaintiff moved for leave to file an "updated and corrected" sur-reply. Dkt. 43. As the Court noted in its October 15 Order, however, it will not accept further sur-replies by any party to this action. Accordingly, plaintiff's motion is denied.

The Clerk of Court is respectfully directed to terminate the motion pending at docket number 43.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: October 21, 2014
       New York, New York