UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/15
```

Plaintiff, James Fischer

-v-

Defendant. Stephen Forrest et al.

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

14cv1304   (PAE) (HBP)

& 14cv1307

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☒ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: motion to strike
(docket number 54 & 74)

All such motions: _____

*Do not check if already referred for general pretrial.

Dated March 5, 2015

SO ORDERED:

_Paul A. Engelmayer_
United States District Judge