```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
JAMES H. FISCHER,                   :

                    Plaintiff,      :    14 Civ. 1304 (PAE)(HBP)

     -against-                      :

SANDRA E. FORREST, et al.,          :

                    Defendants.     :
-----------------------------------X
JAMES H. FISCHER,                   :

                    Plaintiff,      :    14 Civ. 1307 (PAE)(HBP)

     -against-                      :    OPINION
                                         AND ORDER
STEPHEN T. FORREST, JR., et al.,    :

                    Defendants.     :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/15

PITMAN, United States Magistrate Judge:

A digitally-recorded conference call having been held on this date, during which the status of these matters was discussed, for the reasons stated on the recording of the call, it is hereby ORDERED that:

> 1. Plaintiff shall serve and file his motion to amend the complaints in both of the above-captioned matters no later than November 23, 2015.  Defendants shall serve and file their opposition no later than

December 14, 2015. Any reply papers shall be served and filed no later than December 16, 2015. Oral argument on the motion will be held on December 18, 2015 at 10:00 a.m. in Courtroom 18A, at the United States Courthouse, 500 Pearl Street, New York, New York. These dates are firm and will not be extended except for extraordinary cause.

2.  The deadline for the conclusion of fact discovery in both matters is extended to February 18, 2016.

3.  The Clerk of the Court is directed to mark Docket Item 78 in 14 Civ. 1304 and Docket Items 98 and 100 in 14 Civ. 1307 as closed.

Dated:  New York, New York
        November 18, 2015

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

All Counsel

2