USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

JAMES H. FISCHER,                    :

               Plaintiff,    :    14 Civ. 1304 (PAE)(HBP)

  -against-                         :

SANDRA E. FORREST, et al.,           :

               Defendants.   :

-----------------------------------X

JAMES H. FISCHER,                    :

               Plaintiff,    :    14 Civ. 1307 (PAE)(HBP)

  -against-                         :

STEPHEN T. FORREST, JR., et al.,     :    ORDER

               Defendants.   :

-----------------------------------X

     PITMAN, United States Magistrate Judge:

     Oral argument having been heard on this date concerning plaintiff's motions to serve and file a third amended complaint in each of these two actions (Docket Item 81 in 14 Civ. 1304 and Docket Item 105 in 14 Civ. 1307), for the reasons stated on the record in open court, it is hereby ORDERED that:

         1. Plaintiff having withdrawn on the record that aspect of his motions that seeks to add Hadley Capital

LLC and several "John Doe" defendants, that part of the motions is denied as moot.

2. Plaintiff's motions are granted to the extent that they seek to add Brushy Mountain Bee Farm, Inc. as a defendant in both actions.

3. Plaintiff is directed to serve and file his Third Amended Complaint in both actions no later than December 31, 2015. I shall entertain an application to extend this date if counsel is unable to accept service on behalf of Brushy Mountain Bee Farm, Inc.

4. The Clerk of the Court is directed to mark Docket Item 81 in 14 Civ. 1304 and Docket Item 105 in 14 Civ. 1307 as closed.

Dated: New York, New York
December 18, 2015, 2015

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Oscar Michelen, Esq.
Cuomo LLC
Suite 2 South
200 Old Country Road
Mineola, New York 11361

Daniel K. Cahn, Esq.
Cahn & Cahn, P.C.
22 High Street
Huntington, New York  11743

Seth Hudson, Esq.
Clements Bernard PLLC
Suite 250
1901 Roxborough Road
Charlotte, North Carolina  28211