# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES H. FISCHER,<br><br>      Plaintiff,<br><br>v.<br><br>STEPHEN T. FORREST, Jr. SANDRA F. FORREST, SHANE R. GEBAUER and BRUSHY MOUNTAIN BEE FARM, INC.<br><br>      Defendants. | **CIVIL ACTION NO.:** 14-CV-1304<br><br><br>**JOINT PROPOSED SCHEDULING DEADLINES** |
| JAMES H. FISCHER,<br><br>      Plaintiff,<br><br>v.<br><br>STEPHEN T. FORREST, Jr. SANDRA F. FORREST, SHANE R. GEBAUER and BRUSHY MOUNTAIN BEE FARM, INC.<br><br>      Defendants. | **CIVIL ACTION NO.:** 14-CV-1307<br><br><br>**JOINT PROPOSED SCHEDULING DEADLINES** |

The parties to the above-entitled action jointly submit this JOINT PROPOSED SCHEDULING DEADLINES pursuant to the request of Judge Pitman during the hearing held on February 29, 2016. The proposed discovery deadlines are as follows:

1. Fact discovery shall be completed no later than August 31, 2016. All discovery requests shall be served in time for the responses to be served by this date.

2. Plaintiff shall serve a document identifying by full name, address, and telephone number each person whom Plaintiff expects to call as an expert at trial and certifying written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(b) by September 30, 2016.

3. Defendants shall serve a document identifying by full name, address, and telephone number each person whom Defendants expect to call as an expert at trial and certifying written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(b) by October 31, 2016.

4. All rebuttal expert reports shall be served by November 18, 2016.

5. Expert disclosure shall be completed no later than December 31, 2016.

6. All dispositive motions shall be exchanged between the parties in accordance with Judge Pitman's individual practices by January 31, 2017.

7. A settlement conference shall be held no later than March 1, 2017.

*SIGNATURE ON NEXT PAGE*

Dated: March 4, 2016                                   Respectfully submitted


                                                CLEMENTS BERNARD, PLLC,
*Attorneys for Defendant*

By: /s/ Seth L. Hudson
Seth L. Hudson (*Admitted Pro Hac Vice*)
4500 Cameron Valley Parkway, Suite 350
Charlotte, NC 28211
Phone:  (704) 790-3600
Fax:      (704) 366-9744
shdudson@worldpatents.com

                  -and-

Daniel K. Kahn, Esq. (DC9791)
LAW OFFICES OF CAHN & CAHN, P.C.
105 Maxess Road Suite 124
Melville, NY 11747
Phone:  (631) 752-1600
Fax:      (631) 752-1555
dcahn@cahnlaw.com


/s/Oscar Michelen/s/
_____
Oscar Michelen(OM5199)
CUOMO LLC
*Attorney for Plaintiff*
200 Old Country Road, Suite 2
Mineola, NY 11501
Phone: (516) 741-3222
Fax:     (516) 741-3223
omichelen@cuomollc.com