```
                                        ┌─────────────────────────────┐
                                        │ USDC SDNY                   │
                                        │ DOCUMENT                    │
UNITED STATES DISTRICT COURT            │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK           │ DOC #:                      │
---------------------------------X      │ DATE FILED: 6/24/16         │
                                        └─────────────────────────────┘
JAMES H. FISCHER,                    :

                Plaintiff,           :   14 Civ. 1304 (PAE)(HBP)

     -against-                       :

SANDRA E. FORREST, et al.,           :

                Defendants.          :

---------------------------------X

JAMES H. FISCHER,                    :

                Plaintiff,           :   14 Civ. 1307 (PAE)(HBP)

     -against-                       :

STEPHEN T. FORREST, JR., et al.,     :   ORDER

                Defendants.          :

---------------------------------X
```

PITMAN, United States Magistrate Judge:

A conference having been held in this matter on May 27, 2016, during which certain discovery issues were discussed, for the reasons stated on the record in open court, it is hereby ORDERED that:

> 1.  Defendants' motion to compel responses to Interrogatory No. 2 of defendants' First Set of Interrogatories is granted in part.  Plaintiff is to provide, subject to a protective order, the identities of

(1) any other known infringers, (2) entities to which he has licensed his marks independently of the sale of his products and (3) plaintiff's customers in North America; to the extent that the interrogatory seeks information beyond the foregoing, plaintiff's objections are sustained.

2.   Plaintiff's objections to defendants' Interrogatory No. 18 in defendants' First Set of Interrogatories are sustained.

3.   Defendants' motion to compel with respect to Document Request No. 21 in defendants' Request for Production of Documents is granted in part.   Plaintiff is to produce documents concerning shipments to Brushy Mountain; to the extent that the request seeks documents beyond the foregoing, plaintiff's objections are sustained.

Dated:   New York, New York
         June 24, 2016

                                SO ORDERED

                                _____
                                HENRY PITMAN
                                United States Magistrate Judge

Copies transmitted to:

All Counsel

2