

Seth L. Hudson  PARTNER
*Admitted in NC and SC, USPTO Registered
shudson@worldpatents.com

July 8, 2016

**VIA ECF**
Hon. Magistrate Judge Henry B. Pitman
United States District Court
Southern District of New York
500 Pearl Street
NYNY   10007

**Re: Fischer v. Forrest, et al
Case No.: 14 cv 1304 and 14 cv 1307**

Dear Judge Pitman:

As counsel for all parties in the present lawsuit, we request an extension of all currently pending deadlines for 60 days. The current deadlines and requested extension of the deadlines are listed below:

| Task | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Fact Discovery Deadline | August 31, 2016 | October 31, 2016 |
| Identification of Plaintiff's Expert Witness | September 30, 2016 | November 29, 2016 |
| Identification of Defendants' Expert Witness | October 31, 2016 | December 30, 2016 |
| Rebuttal Expert's Due | November 18, 2016 | January 17, 2017 |
| Expert Discovery Deadline | December 31, 2016 | March 1, 2017 |
| Dispositive Motion Deadline | January 31, 2017 | April 3, 2017 |
| Settlement Conference Deadline | March 1, 2017 | May 1, 2017 |

This request is not for delay or harassment. Instead, each party needs additional time to complete discovery in this matter and requests the remaining deadlines be extended in turn.

Thank you for your courtesy and attention in this matter.

Sincerely,

By:/s/ *Seth L. Hudson*  
SETH L. HUDSON  
CLEMENTS BERNARD PLLC  
4500 Cameron Valley Parkway, Suite 350  
Charlotte, NC 28211  
Phone: 704-790-3600  
Fax: (704) 366-9744  
shudson@clementsbernard.com

By:/s/ *Oscar Michelen*  
OSCAR MICHELEN  
CUOMO LLC  
200 Old Country Road  
Mineola, NY  
Phone: 516-741-3222  
Fax: 516-741-3223  
omichelen@cuomollc.com