8- Frame Fume Pad w/Honey Harvester-Brushy Mountain Bee Farm, Inc.



http://www.brushymountainbeefarm.com/8-Frame-Fume-Pad-w_Honey-Harvester/productinfo/254FPQ/[1/17/2017 10:24:50 AM]

