

Seth L. Hudson  PARTNER
*Admitted in NC and SC, USPTO Registered
shudson@worldpatents.com

February 21, 2017

Hon. Andrew J. Peck
United States Magistrate Judge
Southern District of New York
US District Courthouse
500 Pearl Street
New York, New York 10007

Re: *James H. Fischer v. Stephen T. Forrest, et al.*
Docket No. 14cv1304 and Docket 14cv1307

Dear Judge Peck:

We received notice of the Discovery Conference set in the above matters for February 23, 2017 at 3:00PM. Lead Counsel for the Defendants is located in North Carolina and would respectfully request this Discovery Conference be held telephonically. Defense Counsel will be glad to circulate a teleconference code.

Respectfully submitted,

Seth L. Hudson

cc: Daniel K. Cahn
    Oscar Michelen