

**Seth L. Hudson** PARTNER
*Admitted in NC and SC, USPTO Registered
shudson@worldpatents.com

February 27, 2017

Hon. Andrew J. Peck
United States Magistrate Judge
Southern District of New York
US District Courthouse
500 Pearl Street
New York, New York 10007

Re: *James H. Fischer v. Stephen T. Forrest, et al.*
Docket No. 14cv1304 and Docket 14cv1307

Dear Judge Peck:

The parties have spoken and conferred and do not anticipate a further discovery conference is needed. Each party believes it can comply with the March 10, 2017 discovery cut-off date. However, the parties would feel more comfortable extending the discovery cut-off by two weeks until March 24, 2017, and accordingly extending the summary judgment deadline to April 17, 2017.

Respectfully submitted,

Seth L. Hudson

cc:    Daniel K. Cahn
       Oscar Michelen