

INTELLECTUAL PROPERTY &
TRADE ASSOCIATION LAW
CLEMENTS BERNARD WALKER PLLC

April 5, 2017

**VIA ECF**
Hon. Andrew J. Peck
United States Magistrate Judge
Southern District of New York
US District Courthouse
500 Pearl Street
New York, New York 10007

Re: *James H. Fischer v. Stephen T. Forrest, et al.*
Docket No. 14cv1304 and Docket 14cv1307
Defendant Client Representatives

Dear Judge Peck:

As required by your March 1, 2017 Order, the following will attend the settlement conference on behalf of Defendants:

- Stephen Forrest, former owner of Brushy Mountain and individual Defendant
- Sandy Forrest, former owner of Brushy Mountain and individual Defendant
- Shane Gebauer, President Brushy Mountain and individual Defendant
- Tom Cardaci, representative of Penn National Insurance Company

Respectfully submitted,

Seth L. Hudson

cc:    Daniel K. Cahn
       Oscar Michelen