# Exhibit 15

DEFENDANT'S
EXHIBIT
19
2/15/17    AR
PENGAD 800-631-6989

## Is That It?
## Will ALL The Bees Leave?

Yes, that's it.  No, not all the bees will leave with *any* fume-board product.  (We are at least honest about it.)  There will always be a few "stubborn" bees left in the super, and they can  be shaken off, brushed off, or allowed to leave as you move supers into your honey house.

With only a few bees left on the combs, one can brush them off quickly and without harming any of them.  You can shake/brush one super while Bee-Quick is working on the next, and things go smoothly.
Brush *upwards*, not downwards.

## What Is *In* Bee-Quick?

That would be telling, wouldn't it?

We will certify that it contains natural ingredients, is completely safe, and produces vapors that are non-toxic to both bees and humans.  All ingredients are USP food grade, and we use a USDA and FDA-approved bottling plant that bottles only food.

There is nothing in Bee-Quick that can harm you or your bees.

## How Do I Store Bee-Quick?

Close the cap tightly.  Store it on a shelf.
Ignore the label about "refrigerate".

## Have More Questions...

Check out our website at
*www.bee-quick.com*
where we have more room than this to tell you about our product.  Or, you can send us e-mail, or call your Dealer.

## Where Can I Buy Bee-Quick?

Every time we print a list, new dealers sign up, so we have given up trying to keep a list anywhere but on our website.

If your favorite catalog does not list Fischer's Bee-Quick, it is probably our fault for not getting artwork to them before they printed it.  Ask them about it.

We think that it is simplest to say:

*Available from all fine purveyors
of beekeeping supplies*

**www.bee-quick.com**

**bee-quick@bee-quick.com**

Copyright (c) 2000, James H. Fischer
All Rights Reserved

12/2000




**Clears supers fast
without foul odors or
harsh chemicals**

**A Natural, Non-Toxic Blend Of
Oils and Herbal Extracts**

**Full refund if not satisfied**

Are you tired of your spouse making you sleep
in the garage after using Butyric Anhydride?

Are your bees more aggressive when
blown at 100 mph by leaf blowers?
Are you tired of messing with
jamming or useless bee-escapes?

Are you tired of using a hazardous product on
the bees you love?

Are you terrorizing and killing bees
trying to shake and brush them?

Fischer's Bee-Quick is a safe, gentle,
and pleasant way to harvest your
honey.   Safe for you, honey, & bees.

♦ No bees are harmed
♦ No hive chaos - no "bee clouds"
♦ No foul odor – smells nice!
♦ No noisy machines to lug around
♦ No extra lifting of supers

### But I Like The Butyric Stuff!

Does your spouse? To us it smells worse than an elephant's outhouse, and even a tiny drop on your hand means that you will be sleeping in the garage tonight. It won't wash off! Expect even the dog to avoid you for a few days until the smell goes away.

More seriously, their label is full of warnings, and all the bee catalogs say it must be shipped as "Hazardous Materials". Why? Because it IS hazardous material! If it is not safe for humans, how can it be safe near your honey or bees?

### What About Cherry-Scent Butyric?

Do you think the cherry smell helped? Spill some on your clothes, and you will soon be burning them.

### What?  Don't Use A Bee Brush?

Everyone should have one! We simply feel that, if used as the sole bee removal method, shaking/brushing is too slow, and disrupts the hive too much.  It also carries the risk of killing or maiming large numbers of house bees on full frames.

### What About Bee Escapes?

With bee escapes, you need to lift off all your supers, insert your bee escapes, wait a day or two, and then remove the supers again.  This is simply too much heavy lifting and waiting, even if the bee escape works.

Bees can become caught in the "Porter" type of escape, the "maze" type escapes are often outwitted by the bees, and the cone type escapes assume that all bees are the same size, when they clearly are not.

We have yet to find anyone who keeps bees for a living using bee escapes, so we suspect that they know something we don't.

### I Have A Leaf Blower...

Great!  Use it on dead things, like leaves, since they won't care if they are suddenly battered about by 100 mile-per-hour winds.

Think we are exaggerating?
Have a friend operate the blower, and watch the bees in the super.  Unless the frames are heavily propolized, the lighter frames will slap back and forth, killing bees.  Watch the "stubborn" bees that somehow "hang on" to the comb. Watch their wings get damaged by the high-velocity airflow.  Is this beekeeping, or bee killing?

We don't think that earplugs are appropriate beekeeping equipment. Sell the leaf blower, and you will have enough money for a lifetime supply of Bee-Quick.

### What About Benzaldehyde?

If you can't even pronounce it, do you really want it anywhere near your honey?

Just as with Butyric, the EPA, DOT, UPS, Fed-X, and the Post Office all classify it as a Hazardous Material. We don't think they are joking.

### What's A Fume Board?

It is an item that costs under $10 at any bee supply house.  If you own a few hand tools, you can make one in a few minutes.  It is nothing but a wooden frame that holds cloth in contact with a metal top.  The idea is that the metal top heats up in the sun, and heats the cloth, increasing the amount of fumes being generated.

### How Do I Use Bee-Quick?

Screw on the spray cap, or use a spray bottle.  Place the fume board in the sun, cloth side down, allowing it to heat up. (Smart folks paint their fume boards black.)  Smoke the hive entrance.

Spray Bee-Quick onto the cloth of the fume board or breeze board, in lines or using a zigzag pattern.  Think of the spacing of your frames, and recall that you need only spray on the fume pad above the spaces between frames.  Be sure to remember the spaces between the outermost frames and the supers.  *Don't spray too much*.

Remove outer and inner covers. Smoke the bees on the top bars. Place the fume board on the top super, insuring that no large gaps result.

Best results will be obtained on a sunny day, when the sun can heat the fume board.   The super should be clear in from 2 to 5 minutes.

Repeat as required for more supers, only spraying more Bee-Quick when you notice that the fumes have subsided.  Use more Bee-Quick when you wish to evacuate a brood chamber, since bees are very reluctant to abandon brood.  If bees come pouring out of the entrance, you have sprayed too much Bee-Quick or left the fume board on too long, and should remove the fume board more quickly.