# Exhibit 1

```
 1                                                              6
 2            THE COURT:  Good.
 3            MR. HUDSON:  So we only have a couple of issues,
 4   mainly, you know, what the plaintiffs have agreed to do is
 5   to go back in and look at the responses to the
 6   interrogatories, requests for production, clean them up, you
 7   know, take out some of the objections that aren't
 8   appropriate. They're also going to specify what documents
 9   respond to which requests under Rule 34 and, you know, and
10   other objections we had dealt with requests for information
11   related to actual damages, but they're going to provide
12   stipulation that they're not going to seek actual damages in
13   this case.
14            MR. GIOIA:  Just to clarify, for lack of damage,
15   we loft profits and we're seeking damages, statutory --
16            THE COURT:  Okay, you're not seeking lost profits,
17   is that right, Mr. Gioia?
18            MR. GIOIA:  That is correct.
19            THE COURT:  Okay, go ahead.
20            MR. HUDSON:  That streamlines this case
21   substantially.  Your Honor, the only things that we could
22   not come to an agreement on is some information that Mr.
23   Fischer, he's actually here in the courtroom today, claims
24   is proprietary.  We offered up that, you know, we'd be more
25   than happy to have a protective order in this case, we'd
```