# Exhibit 2

| Complaint | Statute | Short hand | DMCA Uploads | Willful Min | Willful Max | Damages Under | At Issue |
|---|---|---|---|---|---|---|---|
| | **14cv1304** | | | | | | |
| 1 | Copyright Infringement (17 U.S.C. § 501) | Work A | | 750 | 150,000 | 17 usc 504(c)(2) | "Are you tired of your spouse making you sleep in the garage..." |
| 2 | Copyright Infringement (17 U.S.C. § 501) | Work B | | 750 | 150,000 | 17 usc 504(c)(2) | "Are you tired of using a hazardous product on the bees you love?" |
| 3 | Copyright Infringement (17 U.S.C. § 501) | Work C | | 750 | 150,000 | 17 usc 504(c)(2) | "Fischer's Bee Quick is a safe, gentle, and pleasant..." |
| 4 | Copyright Infringement (17 U.S.C. § 501) | Work D | | 750 | 150,000 | 17 usc 504(c)(2) | "A natural, non-toxic blend of oils and herbal extracts" |
| 5 | Copyright Infringement (17 U.S.C. § 501) | Photos | | 750 | 150,000 | 17 usc 504(c)(2) | Product Photos |
| 6 | Removal of Copyright Mgmt Info (17 U.S.C. § 1202) | Work A | 4 | 10,000 | 100,000 | 17 usc 1203(c)(3)(B) | Website Only, 2011 - 2014 See 14cv1307 for print violations |
| 7 | Removal of Copyright Mgmt Info (17 U.S.C. § 1202) | Work B | 4 | 10,000 | 100,000 | 17 usc 1203(c)(3)(B) | Website Only, 2011 - 2014 See 14cv1307 for print violations |
| 8 | Removal of Copyright Mgmt Info (17 U.S.C. § 1202) | Work C | 4 | 10,000 | 100,000 | 17 usc 1203(c)(3)(B) | Website Only, 2011 - 2014 See 14cv1307 for print violations |
| 9 | Removal of Copyright Mgmt Info (17 U.S.C. § 1202) | Work D | 4 | 10,000 | 100,000 | 17 usc 1203(c)(3)(B) | Website Only, 2011 - 2014 See 14cv1307 for print violations |
| 10 | Removal of Copyright Mgmt Info (17 U.S.C. § 1202) | Photos | 4 | 10,000 | 100,000 | 17 usc 1203(c)(3)(B) | Website Only, 2011 - 2014 See 14cv1307 for print violations |
| 11 | Use of Counterfeit Mark In Commerce (15 U.S.C. §1114) | | | 200,000 | 2,000,000 | 15 usc 1117(c)(2) | Listing Bee-Quick On Brushy Website For Sale in March 2011 |
| 12 | Use of Counterfeit Mark In Commerce (15 U.S.C. §1114) | | | 200,000 | 2,000,000 | 15 usc 1117(c)(2) | Use Of Photo Of Bee-Quick Bottle with 10-Frame Fume Pad |
| 13 | Use of Counterfeit Mark in a Website URL (15 U.S.C. § 1114) | | | 200,000 | 2,000,000 | 15 usc 1117(c)(2) | URL "8-Frame-Fume-Pad-w_Fischers-Bee-Quick/productinfo/254FF |
| 14 | Use of Counterfeit Mark In 2nd URL (15 U.S.C. §1114) | | | 200,000 | 2,000,000 | 15 usc 1117(c)(2) | URL "Fume-Pad-w_-Fischers-Bee-Quick/productinfo/777F/" |
| 15 | Right of Publicity Claim (Section 43(a) of the Lanham Act) | | | indeterminate | | 15 usc 1117(a)(1) | Profits from 2011 - 2021 |
| 16 | NY Civil Rights Law § 50 and 51 | | | 500,000 | 1,000,000 | N.Y. CVR. LAW § 51 | |
| 17 | Common Law Unfair Competition and Personal Injury | | | 100,000 | 800,000 | | |
| 18 | False Advertising 15 USC 1125(a)(1)(A) | | | 250,000 | 1,000,000 | 15 usc 1117 | plus injunctive relief, corrective advertising, attorneys' fees |
| | Unfair Business Practices Under NY GBL § 349 | | | indeterminate | | NY GBL § 349 | Profits from 2011 - 2014 |
| | Breach of Contract | | | indeterminate | | | Profits from 2011 Q1 & Q2 only |
| 21 | Unjust Enrichment | | | indeterminate | | | Profits from 2011 - 2014 |
| 22 | Costs & Attorneys Fees | | | indeterminate | | 15 usc 1117(a)(3), 17 USC 505, 15 USC 1125(a), 17 USC 1203(b) | |
| | **TOTAL 14cv1304** | | | 1,703,750 | 12,050,000 | | |
| | **14cv1307** | | | | | | |
| 1 | Secondary Copyright Infringement (17 U.S.C. § 501) | Work A | | 750 | 150,000 | 17 usc 504(c)(2) | "Are you tired of your spouse making you sleep in the garage..." |
| 2 | Secondary Copyright Infringement (17 U.S.C. § 501) | Work B | | 750 | 150,000 | 17 usc 504(c)(2) | "Are you tired of using a hazardous product on the bees you love?" |
| 3 | Secondary Copyright Infringement (17 U.S.C. § 501) | Work C | | 750 | 150,000 | 17 usc 504(c)(2) | "Fischer's Bee Quick is a safe, gentle, and pleasant..." |
| 4 | Secondary Copyright Infringement (17 U.S.C. § 501) | Work D | | 750 | 150,000 | 17 usc 504(c)(2) | "A natural, non-toxic blend of oils and herbal extracts" |
| 5 | Removal of Copyright Mgmt Info (17 U.S.C. § 1202) | Work A | 24 | 60,000 | 600,000 | 17 usc 1203(c)(3)(B) | Print Catalog and Other Pubs See 14cv1307 Exhibit 23a & b |
| 6 | Removal of Copyright Mgmt Info (17 U.S.C. § 1202) | Work B | 24 | 60,000 | 600,000 | 17 usc 1203(c)(3)(B) | Print Catalog and Other Pubs See 14cv1307 Exhibit 23a & b |
| 7 | Removal of Copyright Mgmt Info (17 U.S.C. § 1202) | Work C | 24 | 60,000 | 600,000 | 17 usc 1203(c)(3)(B) | Print Catalog and Other Pubs See 14cv1307 Exhibit 23a & b |
| 8 | Removal of Copyright Mgmt Info (17 U.S.C. § 1202) | Work D | 24 | 60,000 | 600,000 | 17 usc 1203(c)(3)(B) | Print Catalog and Other Pubs See 14cv1307 Exhibit 23a & b |
| 9 | Costs & Attorneys Fees | | | indeterminate | | 17 USC 505, 17 USC 1203(b) | |
| | **TOTAL 14cv1304** | | | 243,000 | 3,000,000 | | |
| A | SUM OF 14cv1304 and 14cv1307 | | | 1,946,750 | 15,050,000 | | |
| B | Pre Litigation Interest | | | indeterminate | | | |
| C | Pre Judgement Interest | | | indeterminate | | | |
| D | Post Judgement Interest | | | indeterminate | | | |

**14cv1304 and 14cv1307 Damages Estimate Per Rule 26   03/12/15**