# Exhibit 12

Bee-Quick

Click Here To Go Back

# 156 Substances Toxic and/or Corrosive (Combustible/Water-Sensitive)

## POTENTIAL HAZARDS

### FIRE OR EXPLOSION

- Combustible material: may burn but does not ignite readily.
- Substances will react with water (some violently) releasing flammable, toxic or corrosive gases and runoff.
- When heated, vapors may form explosive mixtures with air: indoors, outdoors, and sewers explosion hazards.
- Most vapors are heavier than air. They will spread along ground and collect in low or confined areas (sewers, basements, tanks).
- Vapors may travel to source of ignition and flash back.
- Contact with metals may evolve flammable hydrogen gas.
- Containers may explode when heated or if contaminated with water.

### HEALTH

- TOXIC; inhalation, ingestion or contact (skin, eyes) with vapors, dusts or substance may cause severe injury, burns or death.
- Reaction with water may generate much heat which will increase the concentration of fumes in the air.
- Fire will produce irritating, corrosive and/or toxic gases.
- Runoff from fire control or dilution water may be corrosive and/or toxic and cause pollution.

## PUBLIC SAFETY

- CALL Emergency Response Telephone Number on Shipping Paper first. If Shipping Paper not available or no answer, refer to appropriate telephone number listed on the inside back cover.
- Isolate spill or leak area immediately for at least 50 to 100 meters (160 to 330 feet) in all directions.
- Keep unauthorized personnel away.
- Stay upwind.
- Keep out of low areas.
- Ventilate enclosed areas.

### PROTECTIVE CLOTHING

- Wear positive pressure self-contained breathing apparatus (SCBA).
- Wear chemical protective clothing which is specifically recommended by the manufacturer. It may provide little or no thermal protection.
- Structural firefighters' protective clothing provides limited protection in fire situations ONLY; it is not effective in spill situations.

### EVACUATION

**Spill**
- See the Table of Initial Isolation and Protective Action Distances for highlighted substances. For non-highlighted substances, increase, in the downwind direction, as necessary, the isolation distance shown under "PUBLIC SAFETY".

**Fire**
- If tank, rail car or tank truck is involved in a fire, ISOLATE for 800 meters (1/2 mile) in all directions; also, consider initial evacuation for 800 meters (1/2 mile) in all directions.

## EMERGENCY RESPONSE

### FIRE

- Note: Most foams will react with the material and release corrosive/toxic gases.

**Small Fires**
- CO2, dry chemical, dry sand, alcohol-resistant foam.

**Large Fires**
- Water spray, fog or alcohol-resistant foam.
- FOR CHLOROSILANES, DO NOT USE WATER; use AFFF alcohol-resistant medium expansion foam.
- Move containers from fire area if you can do it without risk.
- Use water spray or fog; do not use straight streams.

**Fire Involving Tanks or Car/Trailer Loads**
- Fight fire from maximum distance or use unmanned hose holders or monitor nozzles.
- Do not get water inside containers.
- Cool containers with flooding quantities of water until well after fire is out.

### SPILL OR LEAK

- ELIMINATE all ignition sources (no smoking, flares, sparks or flames in immediate area).
- All equipment used when handling the product must be grounded.
- Do not touch damaged containers or spilled material unless wearing appropriate protective clothing.
- Stop leak if you can do it without risk.
- A vapor suppressing foam may be used to reduce vapors.
- FOR CHLOROSILANES, use AFFF alcohol-resistant medium expansion foam to reduce vapors.
- DO NOT GET WATER on spilled substance or inside containers.
- Use water spray to reduce vapors or divert vapor cloud drift. Avoid allowing water runoff to contact spilled material.
- Prevent entry into waterways, sewers, basements or confined areas.

**Small Spills**
- Cover with DRY earth, DRY sand, or other non-combustible material followed with plastic sheet to minimize spreading or contact with rain.
- Use clean non-sparking tools to collect material and place it into loosely covered plastic containers for later disposal.
- Withdraw immediately in case of rising sound from venting safety devices or discoloration of tank.
- ALWAYS stay away from tanks engulfed in fire.

### FIRST AID

- Move victim to fresh air.
- Call 911 or emergency medical service.
- Apply artificial respiration if victim is not breathing.
- Do not use mouth-to-mouth method if victim ingested or inhaled the substance; induce artificial respiration with the aid of a pocket mask equipped with a one-way valve or other proper respiratory medical device.
- Administer oxygen if breathing is difficult.
- Remove and isolate contaminated clothing and shoes.
- In case of contact with substances, immediately flush skin or eyes with running water for at least 20 minutes.
- For minor skin contact, avoid spreading material on unaffected skin.
- Keep victim warm and quiet.
- Effects of exposure (inhalation, ingestion or skin contact) to substance may be delayed.
- Ensure that medical personnel are aware of the material(s) involved, and take precautions to protect themselves.

Click Here To Go Back



Bee-Quick  **What About Other Alternatives?**

As far as we know, the following are your honey-harvesting alternatives:

- Bee Escapes
- Blowers (Gas-Powered Leaf Blowers)
- Brushes (The stuff that smells bad)
- Repellents
- Smoking Bees

Click on each option to see what we think of these other approaches, and have a good laugh.

| Why use it? | Where can I buy it? | Frequently-Asked Questions |
| How does it work? | How do I use it? | Our Brochure |
| What's so special about it? | What about other alternatives? | E-mail us Here |

## Fischer's Bee-Quick

**What About Benzaldehyde?**

If you can't even pronounce it, do you really want it anywhere near your honey?

As with Butyric Anhydride, the DOT, UPS, FedX, and the Post Office all classify it as a Hazardous Material. We don't think they are joking. Here's the "Material Safety Data Sheet". If you scroll through, you find statements like:

- "MAY CAUSE RESPIRATORY IRRITATION AND CNS DEPRESSION"
- "MAY CAUSE LIVER DAMAGE OR DERMATITIS"

The biggest problem with benzaldehyde is the fact that it is an important component in the manufacture of illegal methamphetamine". Even if you can convince someone to sell it to you, expect a visit from police, young, heavily-armed representatives of Alcohol, Tobacco, and Firearms (ATF), or worse yet, the Drug Enforcement Agency (DEA).

If you look at the appropriate Department of Transportation Hazmat Guide, you can see that it is also highly flammable.

Neither group will be happy to see your 5,000 gallon supply of mead, and they won't believe that it is all for "personal use".

**Click Here to go back**

---

## Fischer's Bee-Quick

**What About Leaf-Blowers?**

Gmail Use it on dead things, like leaves, since they won't care if they are suddenly buffeted about by 100 mile-per-hour winds.

Think we are exaggerating?

Have a friend operate the blower, and watch the bees in the super. Unless the frames are heavily propolized, the lighter frames will slap back and forth, killing bees. Watch the stubborn bees that somehow hang on to the comb. Watch their wings get damaged by the high-velocity airflow. Be sure to dodge the angry cloud of bees that results from blowing.

Is this beekeeping, or bee killing? You decide.

Oh, yeah... and if your blower breaks down, please don't ask us. We can't fix them either. We have enough trouble with the lawn mower. Sell your blower, and you will have enough money to buy a lifetime supply of Bee-Quick.

Using Bee-Quick is a much more pleasant way to harvest honey. You don't need earplugs, and you won't be breathing exhaust fumes. It is also much, much easier to start - simply squeeze the bottle.

**Click Here to go back**

---

## Fischer's Bee-Quick

**What About Bee-Brushes?**

Don't get us wrong. We think that everyone should have a bee brush!

We simply feel that, if used as the sole bee removal method, shaking and brushing bees is too slow, and disrupts your neighbors, and your neighbor's pets, all while seeking out the supers and frames from which you have just brushed bees.

This method also carries the risk (for novice beekeepers) of killing or maiming loose bees on tail frames.

Bee-Quick allows the majority of the bees from that store nectar and cap cells to stay in the hive and remain relatively undisturbed. We think that these younger bees will be more productive if you do not disrupt their normal duty with an unscheduled trip outside the hive and a close encounter with a bee-brush.

**Click Here to go back**

---

## Fischer's Bee-Quick

**Where Can I Buy Bee-Quick?**

Every time we print a list, new dealers sign us, so we have given up trying to keep a list anywhere list on our website.

If your favorite catalog does not list Fischer's Bee-Quick, it's probably our fault. Re-read our website to them before they printed it. Ask them about it.

We think that it is simpler to say:

*Available from all fine purveyors of beekeeping supplies*

**www.bee-quick.com**

**bee-quick@bee-quick.com**

**What Is In Bee-Quick?**

That would be telling, wouldn't it?

We will certify that it contains natural ingredients, is completely safe, and produces vapors that are non-toxic to both bees and formula. All ingredients are USP food grade, and we use a USDA and FDA-approved bottling plant that invites only food.

There is nothing in Bee-Quick that can harm you or your bees.

**How Do I Store Bee-Quick?**
Close the cap tightly. Store it on a shelf. Ignore the label about "refrigerate".

**I Have More Questions...**
Check our our website at **www.bee-quick.com** where we have more answers. If that doesn't answer your question, then this is all you need, or call your "dealer".

---

## Is That It?

**Will ALL The Bees Leave?**
Yes, that's it. No, not all the bees will leave. Honest about it.) There will always be a few "holdouts". Does left in the super and they can be shaken off, brushed off, or allowed to leave as you move supers into your honey house.

With only a few bees left on the combs, one can brush them off quickly and without harming any of them. You can also brush one super while Bee-Quick is working on the next and always go smoothly.

**What is an Bee-Quick?**

---

## Fischer's Bee-Quick

**But I Like The Butyric Stuff!**
Does your neighbor? To us it smells like an elephant's outhouse, and even a small amount on your hand means that you won't wash it off for days until the smell goes away...

Think we are exaggerating?
Have a friend operate the blower, and watch the bees in the super. Unless the frames are heavily propolized, the lighter frames will slap back and forth, killing bees.

**What About Bee-Escapes?**
With bee-escapes, you need to get off all your supers, insert your bee-escapes, wait a day or two, and then remove the supers again. This is tempting too much heavy lifting and waiting, even if the bee escape works.

**What? Don't Use A Bee Brush?**
Everyone should have a bee brush! We simply feel that, if used as the sole bee removal method, shaking/brushing is too slow, and disrupts loose bees on tail frames.

**What About Cherry-Scent?**
Do you think the cherry smell helped? Spill some on your clothes, and you will spend the day smelling cherries.

**A Natural, Non-Toxic Blend of Oils and Herbal Extracts**

**Cherry scent from harsh chemicals**

Full refund if not satisfied

**I Have A Leaf-Blower...**
Gmail Use it on dead things, like leaves, since they won't care if they are suddenly buffeted about by 100 mile-per-hour winds.

**How Do I Use Bee-Quick?**
Spray Bee-Quick onto the cloth of the Fume board. Place the fume board on top of your hive.

**Copyright 2000, James H. Fischer**
**All Rights Reserved**
**12/27/00**

## Fischer's Bee-Quick — Frequently Asked Questions

### Where Can I Buy It?

### What About Butyric?

### What About Bee Escapes?

## Fischer's Bee-Quick

Click Here to go back

BENZALDEHYDE

FSC: 6810
NIIN: 000636955
NSN: 6810006366955
MANUFACTURERS CAGE: 5Z768
PART NO INDICATOR: A
PART NUMBER TRADE NAME: BENZALDEHYDE

### Nuclear Water Data

NUCLEAR WATER FSC: BENZ
NUCLEAR WATER NIIN: ALDEHYDE
NUCLEAR WATER COG:
NUCLEAR WATER NOMENCLATURE:
NUCLEAR WATER REMARKS: GENIUM PUB

### Standard FMS Identification Data

SPIN FSC: LISH
SPIN NIIN: ING CORP
SPIN:

### General Information

ITEM NAME: 1145 CATALYN ST

MANUFACTURERS NAME: SCHENECTADY NY
MANUFACTURERS STREET: US 12203-1836518-377-8855
MANUFACTURERS P O BOX:
MANUFACTURERS CITY: 518-377-8855 CHEM
MANUFACTURERS STATE: IC
MANUFACTURERS COUNTRY: AL
MANUFACTURERS ZIP CODE: COMMODITI
MANUFACTURERS EMERG PH: ES AGENCY, INC. 60771
MANUFACTURERS INFO PH:
DISTRIBUTOR VENDOR 1:
DISTRIBUTOR VENDOR 1 CAGE:
DISTRIBUTOR VENDOR 2:
DISTRIBUTOR VENDOR 2 CAGE:
DISTRIBUTOR VENDOR 3: D 00200ASE 01NOV8821FEB95CCXF.J.GOE
DISTRIBUTOR VENDOR 3 CAGE:
DISTRIBUTOR VENDOR 4:
DISTRIBUTOR VENDOR 4 CAGE:
SAFETY DATA ACTION CODE:
SAFETY FOCAL POINT:
RECORD NO FOR SAFETY ENTRY:
TOT SAFETY ENTRIES THIS STK:
STATUS:
DATE MSDS PREPARED:
SAFETY DATA REVIEW DATE:
SUPPLY ITEM MANAGER:

MSDS PREPARERS NAME:
PREPARERS COMPANY:
PREPARERS ST OR P O BOX:
PREPARERS CITY: BWMBNO-C-266 REV B NONE
PREPARERS STATE:
PREPARERS ZIP CODE: F8
OTHER MSDS NUMBER: BT500 ML 1P1 OR 1P2 1.211 LBS.
MSDS SERIAL NUMBER: N/R
SPECIFICATION NUMBER: N/R NI
SPEC TYPE GRADE CLASS: R N/RLIQUID,CLEAR
HAZARD CHARACTERISTIC CODE: CYEL
UNIT OF ISSUE: ON
UNIT OF ISSUE CONTAINER QTY: 5 UPON AGING)
TYPE OF CONTAINER: STRONG ALMON
NET UNIT WEIGHT: D ODOR.
NRC STATE LICENSE NUMBER:
NET EXPLOSIVE WEIGHT:
NET PROPELLANT WEIGHT AMMO: 354E.
COAST GUARD AMMUNITION CODE: 179

### Physical & Chemical Characteristics

APPEARANCE AND ODOR: C -69F.-56C N/K 3.7 1.1 UNKNOWN N/K
BOILING POINT: INSO.LI
MELTING POINT: BL-E
VAPOR PRESSURE MM HG 70 F: 100 N
VAPOR DENSITY AIR 1: /K

SPECIFIC GRAVITY: N/R N/R
DECOMPOSITION TEMPERATURE:
EVAPORATION RATE AND REF: N/P UNKNOWN N/K 145F
SOLUBILITY IN WATER: ,3,3C N#P N/
PERCENT VOLATILES BY VOLUME: K
VISCOSITY: N/K
PH: WAT
RADIOACTIVITY: EH,DRY CHEM/
FORM RADIOACTIVE MATL: CAL,CARB
MAGNETISM MILLIGAUSS: ON D1
CORROSION RATE IPY: OXIDE,FO
AUTOIGNITION TEMPERATURE: AM

### Fire and Explosion Hazard Data

FLASH POINT:
FLASH POINT METHOD:
LOWER EXPLOSIVE LIMIT:
UPPER EXPLOSIVE LIMIT:
EXTINGUISHING MEDIA: USE A SELF-CONTAINED BREATHING APPARATUS AND FULL PROTECTIVE EQUIPMENT COOL FIRE EXPOSED
SPECIAL FIRE FIGHTING PROC: CONTAINERS WITH WATER FOG. VAPORS ARE HEAVIER THAN AIR,CAN TRAVEL DISTANCES ALONG THE GROUND,AND FLASHBACK AT THE S
UNUSUAL FIRE AND EXPL HAZARDS: OURCE DECOMPOSITION PRODUCTS MAY BE TOXIC. YESIGH HEAT,SOURCES OF IGNITION.

### Reactivity Data

STABILITY:

---



## Fischer's Bee-Quick

### Clears supers *fast* without foul odors or harsh chemicals

*A Non-Toxic Blend Of Natural Oils and Herbal Extracts*

No Alcohol

Full refund if not satisfied

Why use it?
How does it work?
What's so special about it?

Where can I buy it?
How do I use it?
What about other alternatives?

Frequently-Asked Questions
Our Brochure
E-mail us at Bee-Quick@beequick.com

Click Here to go back

---



## Fischer's Bee-Quick   Beekeeping Links

**Looking For Beekeeping Resources?**

Bee-L Archives - The archives of the Bee-L e-mail discussion list. Search the list archives here.
Sci Agriculture Beekeeping - The Usenet discussion list about beekeeping. Search the archives here.
APIS Website - The archives of Dr. Tom Sanford's (University of Florida Extension Service) newsletter
Beesource - One of the better websites, covering a wide range of current topics.
The Hamburg Website - Nearly 100 bee-related websites
McGregor's Handbook of Pollination - An incredible resource, kept online and updated by A. I. Root
Bee Culture Magazine - Some articles from their magazine are available online, and you can subscribe here
American Bee Journal - Their index of articles is here, as is Jerry Hayes' "The Classroom" column.
BeeHoo - A "Yahoo" focused on beekeeping. They made us say this!
The Beehive - A sample of face animation over useful content, but this, once you find the "turn music off" button.
The Pollinator Homepage - Pollination, covered in-depth.
BeeData.com - Excellent content
Allen Dick's Beekeeping Diary - A commercial beekeeper who keeps a web-log of his activities and an excellent site.
Apiservices - Visually confusing, Euro-centric, but chock-full of all sorts of good information.

Click Here to go back



## Label Data

LABEL REQUIRED:
TECHNICAL REVIEW DATE: N/P
LABEL DATE: CAUTION
MFR NUMBER:
MFR NUMBER: I X X X X
LABEL STATUS: E
COMMON NAME: YES MAY CAUSE IRRITATION SKIN MAY CAUSE IRRITATION INGEST MA
CHRONIC HAZARD: Y C
SIGNAL WORD: A USE G1
ACUTE HEALTH HAZARD NONE: T
ACUTE HEALTH HAZARD SLIGHT: R
ACUTE HEALTH HAZARD MODERATE: A
ACUTE HEALTH HAZARD SEVERE: C
CONTACT HAZARD NONE: T
CONTACT HAZARD SLIGHT:
CONTACT HAZARD MODERATE: 1
CONTACT HAZARD SEVERE: R
REACTIVITY HAZARD NONE: T
REACTIVITY HAZARD SLIGHT: 1
REACTIVITY HAZARD MODERATE: O
REACTIVITY HAZARD SEVERE: N

PROTECT EYE:
PROTECT SKIN:
PROTECT RESPIRATORY:
PROTECT EYE:
PROTECT SKIN:
PROTECT RESPIRATORY:
LABEL NAME: SCHENECTADY NY
LABEL STREET: 12303-1836US518-377-8855
LABEL P O BOX:
LABEL CITY: NK
LABEL STATE:
LABEL ZIP CODE:
LABEL COUNTRY:
LABEL EMERGENCY NUMBER:
YEAR PROCURED:
FIRE HAZARD NONE: R
FIRE HAZARD SEVERE: A
REACTIVITY HAZARD NONE: T
REACTIVITY HAZARD SLIGHT: 1
REACTIVITY HAZARD MODERATE: O
REACTIVITY HAZARD SEVERE: N

OXYGEN OR ARTIFICIAL RESPIRATION IF NEEDED INGEST UNLIKELY GET PROMPT QUALIFIED MEDICAL ATTENTION GASTRIC LAVAGE MAY BE PREFERRED TO EMESIS. YY GENIUM PUBLISHING CORP 1145 CATALYN ST

Click Here to go Back

### BUTYRIC ANHYDRIDE (C4-9), B2765

Bee-Quick

Click Here To Go Back

### Nuclear Water Data

NUCLEAR WATER PSC:
NUCLEAR WATER NUN:
NUCLEAR WATER COG:
NUCLEAR WATER NOMENCLATURE:
NUCLEAR WATER REMARKS: SIGMA CHEM

### Standard PMS Identification Data

PART NUMBER TRADE NAME: BUTYRIC ANHYDRIDE (C4-9), B2765
PART NO INDICATOR: A
MANUFACTURERS CAGE: 2187f6
NSN: 6250000212762
NIIN: 000212796
FSC: 6550
PSC ICAL:
NIIN CO:

### General Information

ITEM NAME:
MANUFACTURERS NAME: 14598 ST LOUIS MO

SPECIAL HAZARD PRECAUTIONS: INHAL MAY CAUSE RESPIRATORY IRRITATION AND CNS DEPRESSION CHRONIC MAY CAUSE LIVER DAMAGE OR DERMATITIS. STORE IN A COOL DRY WELL-VENTILATED PLACE KEEP CONTAINER CLOSED WHEN NOT IN USE KEEP AWAY FROM HEAT SPARKS FLAMES AND INCOMPATIBLE MATERIALS. FIRST AID: SKIN REMOVE CONTAMINATED CLOTHING WASH WITH SOAP AND WATER EYES FLUSH WITH WATER FOR 15 MINUTES INHAL REMOVE TO FRESH AIR GIVE OXYGEN OR ARTIFICIAL RESPIRATION IF NEEDED INGEST UNLIKELY GET PROMPT QUALIFIED MEDICAL ATTENTION GASTRIC LAVAGE MAY BE PREFERRED TO EMESIS. YY GENIUM PUBLISHING CORP 1145 CATALYN ST

### Health Hazard Data

COND TO AVOID STABILITY: PEROXOMIC ACID
MATERIALS TO AVOID: CARBON DIOXIDE CARBON MONOXIDE BENZALDEHYDE DECOMPOSES IN AIR TO BENZOIC ACID.
HAZARDOUS DECOMP PRODUCTS: NO NR
CONDITIONS TO AVOID POLY: ORAL LD50 (RAT) IS 1300 MG/KG YES YES YES YES MAY CAUSE IRRITATION SKIN MAY CAUS
LD50 LC50 MIXTURE: IF IRRITATION INGEST MAY CAUSE GI TRACT 1
ROUTE OF ENTRY SKIN: YAT
ROUTE OF ENTRY INHALATION: RRI
ROUTE OF ENTRY INGESTION: ION
HEALTH HAZ ACUTE AND CHRONIC: INHAL MAY CAUSE RESPIRATORY IRRITATION AND CNS DEPRESSION CHRONIC MAY CAUSE LIVER DAMAGE OR DERMATITIS. NO NO NO THERE ARE NO INGREDIENTS ABOVE 0.1% WHICH I ARE IDENTIFIED A
CARCINOGENICITY NTP: 5 CARCINOG
CARCINOGENICITY IARC: ENS BY NTP
CARCINOGENICITY OSHA: IARC OR O
EXPLANATION CARCINOGENICITY: SHA. INGEST-ABDOMINAL PAIN ANESTHETIC NARCOSIS. CONVULSIONS.
SIGNS SYMPTOMS OF OVEREXP: PERSONS WITH PRE-EXISTING KIDNEY DAMAGE MAY BE AT INCREASED RISK FROM EXPOSURE.
MED COND AGGRAVATED BY EXP: SKIN REMOVE CONTAMINATED CLOTHING WASH WITH SOAP AND WATER EYES FLUSH WITH WATER FOR 15
EMERGENCY FIRST AID PROC: MINUTES INHAL REMOVE TO FRESH AIR GIVE OXYGEN OR ARTIFICIAL RESPIRATION IF NEEDED INGEST UNLIKELY GET PROMPT QUALIFIED MEDICAL ATTENTION GASTRIC LAVAGE MAY BE PREFERRED TO EMESIS. ELIMINATE SOURCES OF IGNITION USE PROPER RESPIRATORY AND PROTECTIVE EQUIPMENT. VENTILATE

### Precautions for Safe Handling and Use

### Control Measures

STEPS IF MATL RELEASED SPILL: AREA SOAK UP WITH A NON- COMBUSTIBLE INERT ABSORBANT (CLAY SAND) PLACE IN PROPER CONTAINER FOR DISPOSAL. NOT APPLICABLE. DISPOSE
NEUTRALIZING AGENT: OF IN ACCORDANCE WITH FEDERAL STATE AND LOCAL REGULATIONS.
WASTE DISPOSAL METHOD: STORE IN A COOL DRY WELL-VENTILATED PLACE. KEEP CONTAINER CLOSED WHEN NOT IN USE KEEP AW
PRECAUTIONS HANDLING STORING: AY FROM HEAT SPARKS FLAMES AND INCOMPATIBLE MATERIALS. ROTATE STOCK PERIODICALLY CHECK TO SEE IF THIS PRODUCT HAS BECOME OXIDIZED YELLOW TO BAD
OTHER PRECAUTIONS: ) WHERE ENVIRONMENTAL CONTROLS ARE LACKING OR IN ENCLOSED SPACES USE A SELF-CONTAINED AREA
RESPIRATORY PROTECTION: THING APPARATUS. USE LOCAL EXHAST
VENTILATION: IMPERVIOUS CHEMICAL SPLASH GOGGLES NO CONTACTS II PROTECTI
PROTECTIVE GLOVES: VE CLOTHING AS NEEDED PROVIDE A LOCAL EY
EYE PROTECTION: E WASH STATION AND SAFETY SHOWER.
OTHER PROTECTIVE EQUIPMENT: USE REASONABLE CARE IN HANDLING THIS PRODUCT WASH HANDS AFTER USE AND BEFORE EATING.
WORK HYGIENIC PRACTICES: NONE
SUPPL SAFETY HEALTH DATA: D 950524 H7 ALDEHYDES, N.O.S.

### Transportation Data

TRANSPORTATION ACTION CODE:
TRANSPORTATION FOCAL POINT:
TRANS DATA REVIEW DATE:
DOT PSN CODE:
DOT SYMBOL:
DOT PROPER SHIPPING NAME: 3 UN1989 III FLAMMABLE LIQUID NR ANY ALDEHYDES,

DOT CLASS: N.O.S. o
DOT ID NUMBER: *
DOT PACK GROUP:
DOT LABEL:
DOT DOD EXEMPTION NUMBER:
IMO PSN CODE:
IMO PROPER SHIPPING NAME: 3305 UN1993 - A SG 1989 ALDEHYDES, N.O.S. *
IMO REG PAGE NUMBER:
IMO UN NUMBER:
IMO UN CLASS:
IMO SUBSID RISK LABEL:
IMO PSN CODE:
IATA UN ID NUMBER:
IATA PROPER SHIP NAME: 3 FLAMMABLE LIQUID A SG ALDEHYDES, N.O.S.
IATA UN CLASS:
IATA SUBSID RISK CLASS:
IATA LABEL:
IATA PSN CODE:
AFI SYMBOL:
AFI PROP SHIPPING NAME: 3 UN1989 III FLAMMABLE LIQUID
AFI CLASS:
AFI ID NUMBER:
AFI PACK GROUP: 7-7
AFI LABEL: NR BENZALDEHYDE
AFI SPECIAL PROV:

AFI BASIC PAC REF:
MMAC CODE:
N O S SHIPPING NAME: NONE
ADDITIONAL TRANS DATA:

### Disposal Data

DISPOSAL DATA ACTION CODE:
DISPOSAL DATA FOCAL POINT:
DISPOSAL DATA REVIEW DATE:
RECNUM FOR THIS DISP ENTRY:
TOT DISP ENTRIES PER NSN:
LANDFILL BAN ITEM:
DISPOSAL SUPPLEMENTAL DAT:
EPA HAZ WST 1ST CODE NEW:
EPA HAZ WST 1ST NAME NEW:
EPA HAZ WST 1ST CHAR NEW:
EPA CITE HAZARD 1ST NEW:
EPA HAZ WST 2ND CODE NEW:
EPA HAZ WST 2ND NAME NEW:
EPA CITE HAZARD 2ND NEW:
EPA HAZ WST 3RD CODE NEW:
EPA HAZ WST 3RD NAME NEW: YES 21 EH395 UNKNOWN F BENZALDEHYDE
EPA HAZ WST 3RD CHAR NEW:
EPA CITE HAZARD 3RD NEW:

**DOT DOD EXEMPTION NUMBER:**
**DOT PSN CODE:**
**IMO PROPER SHIPPING NAME: 8124 27198 – ISSR 2719BUTYRIC ANHYDRIDE**
**IMO REG PAGE NUMBER:**
**IMO UN NUMBER:**
**IMO UN CLASS:**
**IMO DN CLASS:**
**IMO SUBSID RISK LABEL:**
**IATA PSN CODE:**
**IATA UN ID NUMBER:**
**IATA PROPER SHIPPING NAME: 8 UN2739 III CORROSIVE ESR BUTYRIC ANHYDRIDE**
**IATA UN CLASS:**
**IATA SUBSID RISK CLASS:**
**IATA LABEL:**
**AFI PSN CODE:**
**AFI SYMBOLS:**
**AFI PROP SHIPPING NAME: 8 UN2739 III CORROSIVE**
**AFI CLASS:**
**AFI ID NUMBER:**
**AFI PACK GROUP: 12·**
**AFI LABEL: 3**
**AFI SPECIAL PROV:**
**AFI BASIC PAC REF:**
**MMAC CODE:**
**N O S SHIPPING NAME:**
**ADDITIONAL TRANS DATA:**

**DECOMPOSITION TEMPERATURE:**
**EVAPORATION RATE AND REF: NP NK 190F**
**SOLUBILITY IN WATER: HIG NP M**
**PERCENT VOLATILES BY VOLUME: K**
**VISCOSITY: NK**
**PH: WAT**
**RADIOACTIVITY: IB SPRAY, CA**
**FORM RADIOACTIVE MATL: BROH DIO**
**MAGNETISM MILLIGAUSS: XIDE,**
**CORROSION RATE IPY: DRY CHE**
**AUTOIGNITION TEMPERATURE: MICAL·**

**MANUFACTURERS STREET: USB3178 314-771-5765**
**MANUFACTURERS P O BOX:**
**MANUFACTURERS CITY: 800-325-6070**
**MANUFACTURERS STATE:**
**MANUFACTURERS COUNTRY:**
**MANUFACTURERS ZIP CODE:**
**MANUFACTURERS EMERG PH:**
**MANUFACTURERS INFO PH:**
**DISTRIBUTOR VENDOR 1:**
**DISTRIBUTOR VENDOR 1 CAGE:**
**DISTRIBUTOR VENDOR 2:**
**DISTRIBUTOR VENDOR 2 CAGE:**
**DISTRIBUTOR VENDOR 3:**
**DISTRIBUTOR VENDOR 3 CAGE:**
**DISTRIBUTOR VENDOR 4:**
**DISTRIBUTOR VENDOR 4 CAGE:**
**SAFETY DATA ACTION CODE:**
**SAFETY FOCAL POINT:**
**RECORD NO FOR SAFETY ENTRY:**
**TOT SAFETY ENTRIES THIS STK:**
**STATUS:**
**DATE MSDS PREPARED:**
**SAFETY DATA REVIEW DATE:**
**SUPPLY ITEM MANAGER:**
**MSDS PREPARERS NAME:**

**PREPARERS COMPANY:**
**PREPARERS ST OR P O BOX:**
**PREPARERS CITY: HI 7Q:**
**PREPARERS STATE:**
**PREPARERS ZIP CODE: N**
**OTHER MSDS NUMBER:**
**MSDS SERIAL NUMBER:**
**SPECIFICATION NUMBER:**
**SPEC TYPE GRADE CLASS: NONE SPECIFI**
**NET EXPLOSIVE WEIGHT:**
**NET PROPELLANT WEIGHT AMMO: 390F**
**COAST GUARD AMMUNITION CODE: 198**

**Physical & Chemical Characteristics**
**APPEARANCE AND ODOR: C -87F,-66? NK, 0.967 NK, NK**
**BOILING POINT: NK**
**MELTING POINT:**
**VAPOR PRESSURE MM HG 70 F: NK**
**VAPOR DENSITY AIR 1:**
**SPECIFIC GRAVITY: NK**

---

**Control Measures**
**RESPIRATORY PROTECTION: USE ONLY IN A CHEMICAL FUME HOOD.**
**VENTILATION: CHEMICAL, RESISTANT GLOVES, CHEMICAL WORKERS GOGGLES (FP N). PROTECTI**
**PROTECTIVE GLOVES: VE CLOTHING, SAFETY SHOWER & EYE BATH.**
**EYE PROTECTION:**
**OTHER PROTECTIVE EQUIPMENT: WASH THOROUGHLY AFTER HANDLING**
**WORK HYGIENIC PRACTICES: NONE SPECIFIED BY MANUFACTURER.**
**SUPPL SAFETY HEALTH DATA: N 9.08BONK BUTYRIC ANHYDRIDE**

**HAZARDOUS DECOMP PRODUCTS: NPNONE SPECIFIED BY MANUFACTURER.**
**HAZARDOUS POLY OCCUR:**
**CONDITIONS TO AVOID POLY: L1350 (ORAD, RAT) 8790 MGKG YESYESYESACTER.HANP.IF**
**SWALLOWED, INHALED OR**

**Health Hazard Data**
**LD50 LC50 MIXTURE: ABSORBED THROUGH SKIN MATERIAL IS EXTRE**
**ROUTE OF ENTRY INHALATION: MEL**
**ROUTE OF ENTRY SKIN: Y D**
**ROUTE OF ENTRY INGESTION: EST**
**HEALTH HAZ ACUTE AND CHRONIC: REC TUE TO TISSUE OF THE MUCOUS MEMBRANES & UPPER**
**RESPIRATORY TRACT, EYES & SKIN. INHALATION MAY BE FATAL AS A RESULT OF SPASM,**
**INFLAMMATION & EDMA OF THE LARYNX & BRONCHI, CHEMICAL PNEUMONITIS & PULMONARY (SEE**
**EFTS OF OVEREXPO NO NO NO NOT RELEVANT**
**CARCINOGENICITY NTP:**
**CARCINOGENICITY IARC:**
**CARCINOGENICITY OSHA:**
**EXPLANATION CARCINOGENICITY: HLTH HAZ:EDMA, SYMPTOMS OF EXPOSURE MAY INCLUDE**
**BURNING SENSATION, COUGHING, WHEEZING,**
**SIGNS SYMPTOMS OF OVEREXP: LARYNGITIS, SHORTNESS OF BREATH, HEADACHE, NAUSEA &**
**VOMITING. NONE SPECIFIED BY MANUFACTURER.**
**MED COND AGGRAVATED BY EXP: EXPESSION IN CASE OF CONTACT, IMMED FLUSH EYES OR SKIN**
**WICHCOPIOUS AMOUNTS OF WATER FOR AT**
**EMERGENCY FIRST AID PROC: LEAST 15 MINS WHILE REMOVING CONTAMD CLOTHING & SHOES.**
**ASSURE ADEQ FLUSHING OF THE EYES BY SEPARATING THE EYELIDS W/FINGERS. WASH CONT'AMD**
**CLOTHING BEFORE REUSE. INHAL:REMOVE TO FRESH AIR. IF NOT BREATHING GIVE ARTIFICIAL**
**RESPIRATION. IF BREATHING IS DIFFICULT, GIVE O*2, CALL MD. INGEST:CALL MD IMMED (FP N).**
**EVACUATE THE AREA. WEAR SCBA, RUBBER BOOTS & HEAVY RUBBER GLOVES. ABSORB ON SAND OR**
**VERMICUL**

---

**Transportation Data**
**TRANSPORTATION FOCAL POINT:**
**TRANS DATA REVIEW DATE:**
**DOT PSN CODE:**
**DOT PROPER SHIPPING NAME: 8 UN2739 III CORROSIVE DOG BUTYRIC AN**
**DOT CLASS: HYDRIDE**
**DOT ID NUMBER:**
**DOT PACK GROUP:**
**DOT LABEL:**

---

**Reactivity Data**
**STABILITY:**
**COND TO AVOID STABILITY: STRONG OXIDIZING AGENTS, ACIDS, BASES, REDUCING AGENTS OR**
**ALCOHOLS**
**MATERIALS TO AVOID: TOXIC FUMES OF CARBON MONOXIDE & CARBON DIOXIDE.**

---

**Fire and Explosion Hazard Data**
**FLASH POINT: POWDER, ALCOHOL**
**FLASH POINT METHOD: OR FOG.**
**LOWER EXPLOSIVE LIMIT:**
**UPPER EXPLOSIVE LIMIT:**
**EXTINGUISHING MEDIA: COMBUSTIBLE, WEAR NIOSHMSHA APPROVED SCBA & FULL PROTECTIVE**
**EQUIPMENT (FP N).**
**SPECIAL FIRE FIGHTING PROC: NONE SPECIFIED BY MANUFACTURER.**
**UNUSUAL FIRE AND EXPL HAZDS: NPMAY DECOMPOSE ON EXPOSURE TO MOIST AIR OR WATER.**

**Precautions for Safe Handling and Use**
**STEPS IF MATL RELEASED SPILL: TIE & PLACE IN CLOSED CONTAINERS FOR DISPOSAL. VENTILATE**
**AREA & WASH SPILL SITE AFTER MATERIAL PICKUP IS COMPLETE. NONE SPECIFIED BY**
**MANUFACTURER. THIS COM**
**NEUTRALIZING AGENT: BUSTIBLE MATERIAL MAY BE BURNED IN A CHEMICAL INCINERATOR**

---

**Disposal Data**
**DISPOSAL DATA ACTION CODE:**
**DISPOSAL DATA FOCAL POINT:**
**DISPOSAL DATA REVIEW DATE:**
**RECNUM FOR THIS DISP ENTR:**
**TOT DISP ENTRIES PER NSN:**
**LANDFILL BAN ITEM:**
**DISPOSAL SUPPLEMENTAL DATE:**

---

**Label Data**
**LABEL REQUIRED:**
**TECHNICAL REVIEW DATE: NO**
**LABEL DATE: DANGER)**
**MFR NUMBER: X X X X**

**COMMON NAME: CUTE: INHALATION MAY BE FATAL AS A RESULT OF SPASM, INFLAMA**
**CHRONIC HAZARD: TIO**
**SIGNAL WORD: N, EDEMA**
**ACUTE HEALTH HAZARD NONE:**
**ACUTE HEALTH HAZARD SLIGHT: O**
**ACUTE HEALTH HAZARD MODERATE: F**
**ACUTE HEALTH HAZARD SEVERE:**
**CONTACT HAZARD NONE: T**
**CONTACT HAZARD SLIGHT: H**
**CONTACT HAZARD MODERATE: E**
**CONTACT HAZARD SEVERE:**
**FIRE HAZARD NONE: L**
**FIRE HAZARD SLIGHT: A**
**FIRE HAZARD MODERATE: R**
**FIRE HAZARD SEVERE: Y**
**REACTIVITY HAZARD NONE: N**
**REACTIVITY HAZARD SLIGHT: O**
**REACTIVITY HAZARD MODERATE:**
**REACTIVITY HAZARD SEVERE: X**
**SPECIAL HAZARD PRECAUTIONS: NO BRONCHI, CHEMICAL PNEUMONITIS AND PULMONARY EDEMA.**
**USE ONLY IN A CHEMICAL FUME HOOD. EXTREMELY DESTRUCTIVE TO TISSUE OF MUCOUS**
**MEMBRANES, UPPER RESPIRATORY TRACT, EYES AND SKIN. COMBUSTIBLE MATERIAL. KEEP AWAY**
**FROM HEAT AND OPEN FLAME. CHRONIC: NONE LISTED BY MANUFACTURER. YYSIDMA CHEMICAL CO**

**LABEL STATUS: A**
**PROTECT EYE:**
**PROTECT SKIN:**
**PROTECT RESPIRATORY:**

---

**EQUIPPED WEAR AFTERBUR**
**WASTE DISPOSAL METHOD: NSIN & SCRUBBER. OBSERVE ALL FEDERAL, STATE & LOCAL LAWS. STORE**
**IN COOL, DRY PLACE. MOISTURE SENSITIVE. KEEP AWAY FROM HEAT & OPEN FLAME. KEEP TIG**
**PRECAUTIONS HANDLING STORING: HTLY CLOSED. CORROSIVE. STENCIL AVOID PROLONGED OR**
**REPEATED EXPOSURE. DO NOT GET IN EYES, ON SKIN OR**
**OTHER PRECAUTIONS: ON CLOTHING. DO NOT BREATHE VAPOR. WEAR APPROPRIATE NIOSHMSHA**
**APPROVED RESPIRATOR.**

---

**REACT/WT 1ST CODE NEW:**
**REACT/WT 1ST NAME NEW:**
**REACT/WT 1ST CHAR NEW:**
**REACT/WT 2ND CODE NEW:**
**REACT/WT 2ND NAME NEW:**
**REACT/WT 2ND CHAR NEW:**
**REACT/WT 3RD CODE NEW:**
**REACT/WT 3RD NAME NEW: YESYNOVI G BUTYRIC ANHYDRIDE (C8 0),**
**REACT/WT 3RD CHAR NEW: IDYKS**
**EPA/CUTE 3RD HAZARD NEW:**

## Fischer's Bee-Quick — Why Use It?

Does your fume board repel YOU more than your it repels your bees?

Are your bees more aggressive when blown at 100 mph by leaf blowers?

Are you tired of jerking or useless bee-escapes?

Are you harvesting and killing bees trying to shake and brush them?

If you can answer yes to one or more of the above questions, then you should try Fischer's Bee-Quick.
Fischer's Bee-Quick is a safe, gentle, and pleasant way to harvest your honey.   Safe for you, honey, & bees.

No bees are harmed. — No fuel odor – smells nice!

No hive chaos - no "clouds of bees" — No noisy machines to lug around or break

Why use it?    Where can I buy it?    Frequently Asked Questions
How does it work?   How do I use it?    Our Brochure
What's so special about it?   What about other alternatives?   E-mail us at BeezAid@comcast.com

## Fischer's Bee-Quick — How Does It Work?

Fischer's Bee-Quick is a "bee repellent". It is used with a fume board. When exposed to air, the non-toxic liquid turns to a non-odor vapor that smells good to you, but irritates bees. Bees move away from the fumes, and out of the topmost super directly under the fume board.

At higher temperatures, more vapor is produced, but Bee-Quick works even on cloudy days, and on days you might think "too cool" to harvest honey.  (Even after a night in your freezer, Bee-Quick still "smells nice".  If you can smell the vapors coming out of the bottle, the bees will take notice and evacuate supers.)

Don't use too much!  Spray Bee-Quick in a zig-zag pattern, across the full width of the fume pad, including the spaces between the outer frames and the hive body, but don't overdo it.  If you use too much, bees will start coming out of the hive entrance, just like beekeepers finding a gift that the smell of Bee-Quick isn't the only thing that make bees move away, but the sunlight and heat are also factors that makes bees reluctant to leave the super, such as uncapped honey or brood.  In general, use less on hotter and/or cooler summer days.

Why use it?    Where can I buy it?    Frequently Asked Questions
How does it work?   How do I use it?    Our Brochure
What's so special about it?   What about other alternatives?   E-mail us at BeezAid@comcast.com

## Fischer's Bee-Quick — What's So Special About It?

Fischer's Bee-Quick is non-toxic.  Unlike all other "bee repellent", you don't pay an extra $16.00 "Haz-Mat" Hazardous Materials handling fee when you have Bee-Quick shipped to you.  This is because Bee-Quick is not hazardous.

Think about it. Do want highly toxic chemicals anywhere near your honey?  Do you want to expose your bees to stuff that even the 6-foot, 250-pound UPS guy is kind of? Neither did we.  That's why we spent two years creating Bee-Quick.

Bee-Quick also smells nice.  That's pretty special compared to "the other stuff".  Don't believe us?  Ask your spouse.  (Perhaps you already have had a conversation that starts "Why do you smell like an elephant's outhouse?!?"  If so, use Bee-Quick and join your family again at harvest time.)

Another special thing about Bee-Quick is us.  We are beekeepers.  The makers of "the other stuff" are not.  We put our family name on the label to show that we stand behind the product.  We attend all the beekeeping conventions and meetings we can, and we want to hear from you.  Like all of beekeeping, we started this venture with a conversation between beekeepers, and we want to keep the conversation going.  Please tell us what you think, ask questions, and give us the benefit of your experience.

Why use it?    Where can I buy it?    Frequently Asked Questions
How does it work?   How do I use it?    Our Brochure
What's so special about it?   What about other alternatives?   E-mail us at BeezAid@comcast.com

## Fischer's Bee-Quick — How Do I Use It?

Remove the bottle cap, and screw out the pointed spray cap.  Place your fume board in the sun, dark side down, allowing it to heat up.  (Seriously consider painting your fume board black to maximize the sun's effect.)  Smoke the hive entrance.

Spray Bee-Quick onto the cloth of the fume board, using a zig-zag pattern.  Be sure to go to the far edges of the cloth, and spread the spray evenly over the entire surface of the cloth.  Don't spray too much.  (If using a fume board that was used with other repellents, use a new cloth or pad.  The old one will stay toxic and smell bad for a long, long time.)

Remove outer and inner covers.  Smoke the bees on the top bars.  Place the fume board on the top super, leaving that no large gaps result.  Best results will be obtained on a sunny day, when the sun can heat the fume board.  The super should be clear in from 3 to 5 minutes.

Repeat as required for more supers, only spraying more Bee-Quick when you notice that the fumes have subsided.  Use more Bee-Quick when you wish to overcome a brood chamber, since bees are very reluctant to abandon brood.  If bees come pouring out of the entrance, you have sprayed far too much Bee-Quick, and should remove the fume board more quickly.  Use less.

Why use it?    Where can I buy it?    Frequently Asked Questions
How does it work?   How do I use it?    Our Brochure
What's so special about it?   What about other alternatives?   E-mail us at BeezAid@comcast.com

---

LABEL NAME: 14508 ST LOUIS MO
LABEL STREET: 6317R US314+771-5765 OR 800-325-8070
LABEL P O BOX:
LABEL CITY:
LABEL STATE:
LABEL ZIP CODE:
LABEL COUNTRY:
LABEL EMERGENCY NUMBER:
YEAR PROCURED:

LABEL NAME: 14508 ST LOUIS MO
LABEL STREET: 6317R US314+771-5765 OR 800-325-8070
LABEL P O BOX:
LABEL CITY:
LABEL STATE:
LABEL P O BOX:
LABEL CITY:
LABEL STATE:
LABEL ZIP CODE:

PROTECT EYE:
PROTECT SKIN:
PROTECT RESPIRATORY:

REACTIVITY HAZARD SLIGHT: X
REACTIVITY HAZARD MODERATE:
REACTIVITY HAZARD SEVERE: A

FIRE HAZARD SEVERE: Y
REACTIVITY HAZARD NONE: N

SPECIAL HAZARD PRECAUTIONS: NO BRONCHI, CHEMICAL PNEUMONITIS AND PULMONARY EDEMA. USE ONLY IN A CHEMICAL FUME HOOD. EXTREMELY DESTRUCTIVE TO TISSUE OF MUCOUS MEMBRANES, UPPER RESPIRATORY TRACT, EYES AND SKIN. COMBUSTIBLE MATERIAL. KEEP AWAY FROM HEAT AND OPEN FLAME. CHRONIC: NONE LISTED BY MANUFACTURER. YYSIGMA CHEMICAL CO

LABEL COUNTRY:
LABEL EMERGENCY NUMBER:
YEAR PROCURED:

Click Here To Go Back