# Exhibit 13

## An automated email from Copyright Office sent September 24, 2011



DEFENDANT'S EXHIBIT 14 2/15/17

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-560599021

File Name :bee_quick_website_snapshot_12_2000.zip
File Size :197 KB
Date/Time :9/24/2011 8:18:55 PM