# Exhibit 24

-----Original Message-----
From: James Fischer [mailto:bee-quick@bee-quick.com]
Sent: Wednesday, April 28, 2010 8:15 PM
To: 'Betsy'
Subject: RE: status


Sorry, I have been behind on everything.
Wife having foot surgery, and still recovering from her 2nd fall and brain injury in two years.
Then I tore a "meniscus" in my knee, so I need knee surgery.
Neither one of us can walk much, which is a big limit.
I have a standard-shift car, so neither can drive either.

The bee-quick has not yet been bottled, but will be ASAP.
We had a slow-down on the bottles, had to find a different supplier and a price we could afford and buy MORE bottles, and hope that the other guy comes through in time for the next bottling run.

    jim


-----Original Message-----
From: Betsy [mailto:betsy@brushymountainbeefarm.com]
Sent: Wednesday, April 28, 2010 3:48 PM
To: bee-quick@bee-quick.com
Subject: status

Hi Jim,
Sure do wish you'd respond to my concerns for delivery on the Bee-Quick.
My 1st email was a month ago. Another one after that and a phone call yesterday.
50 backorders and rising.

Please let me know when we can expect to see the goods.
Thanks,
Betsy

--
Join our email newsletter


--
Join our email newsletter