

200 Old Country Road, Suite 2 South, Mineola, NY 11501/Tel: (516) 741-3222/Fax: (516) 741-3223

April 26, 2017

VIA ECF
Hon. Magistrate Judge Andrew Peck
United States District Court
Southern District of New York
500 Pearl Street
NYNY 10007

Re: Fischer v. Forrest, et al
Case No.: 14 cv 1304 and 14 cv 1307

Dear Judge Peck:

I am attorney of record for the plaintiff in the two related matters *Fischer v. Forrest, et al* 14 cv 1304 and 14 cv 1307. This letter is sent to serve as a motion for an extension of time to oppose defendants' motion for summary judgment in the above two matters. Our response is currently due May 1, 2017. We are seeking a one week extension through May 8, 2017.

The reason for the extension is that in addition to this Memorandum of Law, on April 28, 2017, a motion for summary judgment is due on an FLSA matter in the Eastern District that I am handling and an extensive reply Memorandum is due on a NY State matter. The associate who was assisting me in those matters has been involved in depositions that have taken all of Tuesday and Wednesday of this week.

I have conferred with my adversary Seth Hudson and he consents to the relief requested. Thank you for your courtesy and attention in this matter.

Sincerely,

OSCAR MICHELEN (OM 5199)

OM:sjk