# EXHIBIT 2

9410 Ginhouse Lane
Charlotte, NC 28277



704.543.7995
888-292-4528

Tax ID: 56-2076043

## Invoice 18657

Seth L. Hudson, Esq.
Clements Bernard, PLLC
4500 Cameron Valley Parkway, Suite 350
Charlotte, NC 28211

1/1/2017

  

| Reporter |
|----------|
| Berk |

| DESCRIPTION | AMOUNT |
|---|---|
| Fischer v. Forrest deposition taken in Charlotte on 12/16/16<br><br>DEPOSITION OF SHANE GEBAUER<br>Copy of transcript - E-transcript only<br>PDF Exhibits | <br><br><br>245.00<br>8.00 |
| **Thank you for allowing Lowrance Reporting Service to serve you.** **TOTAL** | **$253.00** |

9410 Ginhouse Lane
Charlotte, NC 28277



704.543.7995
888-292-4528

Tax ID: 56-2076043

## Invoice 18761

Seth L. Hudson, Esq.
Clements Bernard, PLLC
4500 Cameron Valley Parkway, Suite 350
Charlotte, NC 28211

2/23/2017

  

| Reporter |
|----------|
| CT |

| DESCRIPTION | AMOUNT |
|---|---|
| Fischer v. Forrest deposition taken in Charlotte on 2/10/17 | |
| DEPOSITION OF STEPHEN FORREST | |
| Copy of transcript - E-transcript only | 110.00 |
| DEPOSITION OF SANDRA FORREST | |
| One Copy of Transcript and Condensed Copy with Word Index | 70.00 |

**Thank you for choosing Lowrance Reporting Service.** | TOTAL | **$180.00**

Main: 800-678-0166  **Deitz Court Reporting**  Fed Tax ID: 47-2685460
Fax: 516-678-4488                                             Deposition Solutions LLC
   100 Merrick Road, Suite 320W - Rockville Centre, NY 11570   *A Lexitas Company*

**Bill To:**
CLEMENTS BERNARD PLLC
Attn: SETH L. HUDON, ESQ.
4500 CAMERON VALLEY PARKWAY
SUITE 350
CHARLOTTE, NC 28211

File Number:                                    Invoice Date **2/20/2017**
Index Number    1:14CV01307                     Invoice Number **484684**

JAMES FISCHER V FORREST
                                                Invoice Reprint Date 2/20/2018
**Examination taken on 2/15/2017 of:**                                Enclosed

JAMES HENDON FISCHER  EBT                                              O+2


                                    Your Total          $1,279.20
Payment Received On:  2/20/2017   In The Amount Of      $1,279.20
                  Balance Due On This Invoice              $0.00

340332
         *PLEASE NOTE OUR FED TAX ID HAS*
         *CHANGED - PLEASE ADJUST YOUR*
         *RECORDS ACCORDINGLY*
         *FED TAX ID: 47-2685460*                
                                                 *484684*