

200 Old Country Road, Suite 2 South, Mineola, NY 11501/Tel: (516) 741-3222/Fax: (516) 741-3223

March 22, 2018

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
US District Courthouse
500 Pearl Street
NYNY   10007                  Re: Fischer v. Forrest , et al
                              14 cv 1304 and 14 cv 1307

Dear Judge Engelmayer:

    I ask that the Court allow this letter to serve as a motion to be relieved as attorney of record for the plaintiff in this matter. Recently, Mr. Fischer has on his own filed certain documents and opposition to the Defendants' requests for cost and legal fees.

    I did not participate in the drafting and filing of the documents and did not review them prior to Mr. Fischer's having filed them. After they were filed, I spoke with Mr. Fischer over the phone and he informed me that he wishes to proceed pro se on this matter going forward.  I advised him I would be making this motion to be relived. He advised that he does not oppose me being relieved as his attorney of record.

    I have sent him a copy of this letter simultaneously with the filing of it via ECF on both matters. I respectfully request that the court grant the motion and relieve me as attorney for plaintiff on dockets 14 cv 1304 and 14 cv 1307. Thank you for your attention in this matter.

Sincerely,

/s/  Oscar Michelen /s/

OSCAR MICHELEN (OM 5199)