UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES H. FISCHER,<br><br>                         Plaintiff,<br><br>v.<br><br>STEPHEN T. FORREST, Jr., SANDRA F. FORREST, SHANE R. GEBAUER and BRUSHY MOUNTAIN BEE FARM, INC.<br><br>                         Defendants. | **CIVIL ACTION NO.:** 14-CV-1304<br>                                14-CV-1307<br><br>**<u>NOTICE OF STEPHEN T. FORREST, JR., SANDRA F. FORREST, SHANE R. GEBAUER, AND BRUSHY MOUNTAIN BEE FARM, INC.'S MOTION TO STRIKE</u>** |

**PLEASE TAKE NOTICE**, that upon the pleadings and proceedings heretofore had herein and the accompanying Memorandum of Law, Defendants Stephen T. Forrest, Jr., Sandra F. Forrest, Shane R. Gebauer, and Brushy Mountain Bee Farm, Inc. (collectively "Defendants"), by and through their attorneys, hereby move this court before the Honorable Paul A. Engelmayer, at a date and time to be determined by the Court, striking Plaintiff's 56(e)(1) Response To Defendants' 56.1 Statement of Undisputed Material Facts Filed March 16, 2018 (1304 Dkt. No. 204; 1307 Dkt No. 200).


**[SIGNATURE PAGE ON SEPARATE SHEET]**

1

Dated:  March 30th, 2018

        CLEMENTS BERNARD, PLLC
*Attorneys for Defendant*

By:*/s/ Seth L. Hudson*
Seth L. Hudson (*Admitted Pro Hac Vice*)
4500 Cameron Valley Parkway Suite 350
Charlotte, NC 28211
Phone: (704) 790-3600
Fax:     (704) 366-9744
shudson@worldpatents.com


    – and –

Daniel K. Cahn, Esq. (DC9791)
Law Offices of Cahn & Cahn, P.C.
105 Maxess Road, Suite 124
Melville, NY 11747
Phone: (631) 752-1600
Fax:     (631) 574-4401

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a copy of the foregoing **Defendant's Stephen T. Forrest, Jr., Sandra F. Forrest, Shane R. Gebauer, and Brushy Mountain Bee Farm, Inc.'s Motion To Strike** was electronically filed with the Clerk of Court using the ECF system, which will be served by operation of the Court's electronic filing system upon the following counsel of record and ECF participants.

Oscar Michelen
200 Old Country Road
Suite 2 South
Mineola, NY 11501
*Attorney for Plaintiff*

       This the 30th day of March 2018

                                                      By:/s/ Seth L. Hudson
                                                      Seth L. Hudson (Admitted Pro Hac Vice)
                                                        4500 Cameron Valley Parkway, Suite 350
                                                        Charlotte, NC 28211
                                                         Phone: 704-790-3600
                                                         Fax: 704-366-9744
                                                        *(Attorney for Defendants)*