UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JAMES H. FISCHER

                      Plaintiff           **MOTION FOR WITHDRAWAL**

        -against-

| | |
|---|---|
| STEPHEN T. FORREST, JR., SANDRA F. FORREST, SHANE R. GEBAUER, AND BRUSHY MOUNTAIN BEE FARM, INC. | Case No: CV 14-1304 CV 14-1307 |

                           Defendants.
-------------------------------------------------------------x

On March 22, 2018, the undersigned filed a letter motion asking to be relieved as attorney of Record which was granted on April 11, 2018. Unfortunately, while my name was removed, the name of my former associate Christopher Gioia was not and Mr. Fischer advises me that he cannot receive ECF notifications until Mr. Gioia's name is terminated as a notice attorney on these dockets.

    I therefore ask that the court terminate Christopher Gioia as an attorney on this matter as Mr. Fischer is proceeding pro se.

Dated: May 2, 2018

                                                  /s/ Oscar Michelen /s/
                                                  _____

                                                  OSCAR MICHELEN (OM 5199)