# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of April, two thousand twenty-two.

Before:     Barrington D. Parker,
            Denny Chin,
                    *Circuit Judges*,
            Denise Cote,
                    *District Judge*.*

---

James H. Fischer,

        Plaintiff - Appellant,

v.

Sandra F. Forrest, Shane R. Gebauer, Brushy Mountain Bee Farm, Inc., Stephen T. Forrest, Jr.,

        Defendants - Appellees.

---

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: Apr 13 2022

**STATEMENT OF COSTS**

Docket No. 18-2955

IT IS HEREBY ORDERED that costs are taxed in the amount of $439.60 in favor of the Appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Judge Denise Cote, of the United States District Court for the Southern District of New York, sitting by designation.